UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                                  No. C 12-2043 SI (pr)

RICKY TYRONE FOSTER,                              **ORDER OF DISMISSAL**

        Plaintiff.

_____/

        This action was opened on April 25, 2012, when the court received from plaintiff a letter in which he complained about the arrangement of the prison population at California State Prison - Los Angeles. In an effort to protect his rights, it was filed as a new action. Plaintiff was informed that he had not filed a complaint, and was given thirty days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given thirty days to either pay the fee or file the application. A copy of the court's form *in forma pauperis* application was provided with the notice, along with a return envelope. Plaintiff did not file a complaint or file an *in forma pauperis* application or pay the fee. This action therefore is DISMISSED without prejudice. No fee is due. The clerk shall close the file.

        IT IS SO ORDERED.

Dated: July 18, 2012

                                                            SUSAN ILLSTON
                                                            United States District Judge