**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                            No. C 12-2043 SI (pr)

RICKY TYRONE FOSTER,                **JUDGMENT**

      Plaintiff.

_____/

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 18, 2012                               _____
                                                                  SUSAN ILLSTON
                                                               United States District Judge